Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
__Southern__ District of __Georgia__
__Savannah__ Division

Case No. __4:25-cv-60__
(to be filled in by the Clerk's Office)

__Chrissharnard Stewart__
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

__Georgia Department of Corrections__
__Ralph Shropshire__
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Chrissharnard Stewart
   All other names by which you have been known: Chrisshanard Stewart
   ID Number: 1273367
   Current Institution: Ware State Prison
   Address: 3620 Harris Road
   Waycross, GA 31503
   City / State / Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Georgia Department Of Corrections
   Job or Title (if known):
   Shield Number:
   Employer: Valdosta State Prison
   Address: P.O. Box 310
   Valdosta, GA 31603
   City / State / Zip Code
   [✓] Individual capacity  [✓] Official capacity

   Defendant No. 2
   Name: Ralph Shropshire
   Job or Title (if known):
   Shield Number:
   Employer: Georgia Department Of Corrections
   Address: P.O. Box 310 Valdosta State Prison
   Valdosta, GA 31603
   City / State / Zip Code
   [ ] Individual capacity  [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name _____
  Job or Title *(if known)* _____
  Shield Number _____
  Employer _____
  Address _____
  _____
       City         State       Zip Code
  ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
  Name _____
  Job or Title *(if known)* _____
  Shield Number _____
  Employer _____
  Address _____
  _____
       City         State       Zip Code
  ☐ Individual capacity    ☐ Official capacity

**II.    Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

   ☐ Federal officials (a *Bivens* claim)

   ☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   **Failure To Protect**

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

## IV.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

Valdosta State Prison, in Valdosta GA

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

This incident took place on November 30, 2023 from around the time 6:30pm until 10:00pm.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was assaulted and beaten very badly with pad locks until I was unconscious. I was stabbed very badly in the head and the knife cut off half of my ear. I was stabbed in the back and it punctured my liver. All this happen in the middle of the day room area in dorm L2. The camera is my witness because this incident to place right in front of the camera. There was another guy that got attacked along with me and I think his last name is Colleens. (Statment Continued on the attached Page).

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

My liver was punctured and I had to have surgery on my liver. I was in ICU for almost two weeks. I had to have a chest tube put in and I had to get my ear sewed up because it was cut in half. My face was fractured and I could barely see. I still have pain on my liver thats never gone go away, the doctor said these are life long injuries. After I got out the hospital I had to live in the infirmary for a while due to my injuries. I still suffer from migraine headaches and paranoia and anxiety.

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am asking the court to order the Defendants to pay me Seven Million Dollars for the failure of protecting me, by the Georgia Department of Corrections lacking to have officers working at every post as prescribed by the Georgia Department of Corrections S.O.P. And also the lack of officers doing security rounds and checks of the Dormitories as prescribed by the Georgia Department of Corrections S.O.P. Because of this gross negligence I was attacked and has sustained life long bodily and head injuries.

# Question D. Continued

When I arrived at Valdosta State Prison on November 30, 2023. The officer tried to take me and another guy to Dorm G2. I heard how bad the Dorm was so I refuse to go to that Dorm and requested to be taken to the lockdown unit for safety reasons. Then the officer got on the radio and called Warden Ralph Shropshire who came and asked me what was the problem and why didn't I want to go in the dorm G2. And I told him I would like to go to the lockdown unit for safety reasons. Then Warden Ralph Shropshire got on the radio and called and had two inmates brought to where we was standing right in front of the medical and intake building. Warden Ralph Shropshire told the two inmates to make sure I was safe in the dorm. The two inmates told the Warden that I would be safe. The Warden trusted their word and he told me go on to the dorm, that I would be safe. Soon as I got into the dorm G2 I had to stand in the middle of the dorm because I didn't have a room. There was no officer working the dorm at that time so the officer that took us to the dorm just dropped us off and left. I wasn't in the dorm 10 minutes before a mob of inmates came charging at me and the other guy. They beat us very badly with pad locks, it was so many attacking us that we wasn't able to defend ourselves. They beat us so badly that we weren't recognizable. All of this took place on camera in the middle of the dorm. Since there was not an officer working the booth, the inmates would beat us then rest for a little while then start back beating us again. If the officer had been working the dorm like they suppose to this wouldn't have taken place because this was done right in front of the officer booth. And everything I'm saying happened, is on camera because it all took place in the middle of the dorm right in front of the camera. When the officer arrive hours later I was laid out in the middle of the floor bleeding badly. I had to get rushed to the hospital for severe stab wounds and the doctors operated on me and I was in ICU for about two weeks. I had to have a chest tube put in and I had surgery on my liver and I had to have my ear put back together. I'm still suffering pain on my liver that the doctor said are life long injuries. I still suffer from migraine headaches from being stab in the head and from being beat for so long with pad locks. I'm also having mental issues caused by this incident, I'm suffering from paranoia and anxiety.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*Valdosta State Prison, In Valdosta GA*

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

*This Current Claim Failure To Protect.*

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes
☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   At Ware State Prison

2. What did you claim in your grievance?

   My Claim was I got attacked at Valdosta State Prison. And The Warden and Officers Fail To Protect Me.

3. What was the result, if any?

   The Results was" I was beaten very badly with pad locks until I was unconscious. I was stabbed in the head and at the same time the Knife cut half of my ear off. I was stabbed in the back also and it punctured My Liver.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

   I appealed My grievance number # 374528 to the Central office for the Georgia Department Of Corrections. I exhausted all my administrative remedies.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit
      Plaintiff(s) _____
      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*
      _____

   3. Docket or index number
      _____

   4. Name of Judge assigned to your case
      _____

   5. Approximate date of filing lawsuit
      _____

   6. Is the case still pending?
      ☐ Yes
      ☐ No

      If no, give the approximate date of disposition. _____

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
      _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes
   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3-12-25

Signature of Plaintiff: Chrissharnard Stewart
Printed Name of Plaintiff: Chrissharnard Stewart
Prison Identification #: 1273367
Prison Address: 3620 Harris Road
Waycross, GA 31503

### B. For Attorneys

Date of signing: 

Signature of Attorney: 
Printed Name of Attorney: 
Bar Number: 
Name of Law Firm: 
Address: 
Telephone Number: 
E-mail Address:

# Certificate OF Service

I hereby Certify that I have mailed the foregoing Documents to the Clerk OF the U.S. Court For the Southern District OF Georgia Savannah Division, to be Forwarded to the Defendants. By placing it in the U.S. Mail with Sufficient postage affixed thereon.

Chrisshorward Stewart    3-12-25
Plaintiff

Dear Clerk of Court

I'm the Plaintiff in this complaint thats being filed. I am indigent and without the funds to pay to file this complaint. Please send me all forms that I will have to fill out to file this complaint "Informa Pauperis Form". Also send me a "Summons Form" so that this complaint can be served to the Defendants as soon as possible. Please send these Documents to me at the Address below.

Sincerely,
Chrissharnard Stewart
3-12-25

Chrissharnard Stewart #1273367
Ware State Prison
3620 Harris Road
Waycross, GA, 31503

Chrissharnard Stewart #1273367
Ware State Prison
3620 Harris Road
Waycross, GA. 31503

INSPECTED BY

MAR 18 2025

U.S. Marshals Service/SGA

*Legal Mail*

Clerk's Office U.S. Courthouse
P.O. Box 8286
Savannah, GA. 31412

*Legal Mail*



WARE STATE PRISON
3820 HARRIS ROAD
WAYCROSS, GEORGIA 31503

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the letter raises a question or problem over which this facility/center has jurisdiction you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

✶Legal Mail✶