IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

CHRISSHARNARD STEWART,  :
           :
   Plaintiff,    :
           :
v.          :  Case No. 7:25-cv-31-WLS-ALS
           :
Warden, VALDOSTA STATE PRISON, :
           :
   Defendant.   :
_____ :

**ORDER**

On March 18, 2025, Plaintiff filed a complaint under 42 U.S.C. § 1983 against Defendant Ralph Shropshire in his official capacity as Warden of Valdosta State Prison.[1] (Doc. 1, at 2, 6). The Court directed service on Defendant Shropshire (Doc. 13, at 10-11), and on October 8, 2025, the Deputy United States Marshal attempting personal service "was advised [that] Shropshire is no longer employed" at Valdosta State Prison. (Doc. 21-1).[2] Under Federal Rule of Civil Procedure 25(d), an "action does not abate when a public officer who is a party in an official capacity . . . ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party."

Accordingly, the Clerk is **DIRECTED** to substitute the Warden of Valdosta State Prison as the named Defendant in this action.[3] The Clerk is further directed to initiate service on the

---

[1] Plaintiff initially filed his complaint in the United States District Court for the Southern District of Georgia. (Doc. 1). On March 20, 2025, that court transferred the complaint to this Court. (Docs. 4, 5).

[2] The Court also notes that the Commissioner of the Georgia Department of Corrections named a new Warden effective July 16, 2025. *See* Ga. Dep't of Corr., "New Warden at Valdosta State Prison." (https://gdc.georgia.gov/press-releases/2025-07-10/new-warden-valdosta-state-prison) (last accessed Oct. 29, 2025).

[3] The successor Warden of Valdosta State Prison may, if so desired, move the Court to substitute his or her name for the named Defendant in this case.

2

Warden of Valdosta State Prison by first sending a waiver of service, followed by initiating personal service if necessary. The Warden is reminded of the obligation under Federal Rule of Civil Procedure 4 to avoid incurring service costs and of the possibility of the imposition of expenses for failure to waive service pursuant to Rule 4(d).

**SO ORDERED**, this 30th day of October, 2025.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE