FILED NOV 20'25 PM 12:31
MDGA-VAL

Dear Clerk Of Court,

My Name is Chrissharnard Stewart My Case No. 7:25-cv-00031-WLS-ALS... I got Stabbed and it's on camera, How do I go about getting the courts to seize the camera footage? Is there a certain form I need To fill out or is there a certain Motion I need To write? Can you please help me, and I Thank you for helping me. If I do need A certain Form can you please send it to Me.

Chrissharnard Stewart
GDC Number # 1273367
Ware State Prison
3620 Harris Road
Waycross, GA 31503